**John Green, Doing Business as John Green & Company, Plaintiff-Appellee, v. Teletype Corporation, a Corporation, Defendant-Appellant.**

Gen. No. 48,215.

First District, First Division.

May 8, 1961.

Byrne F. Martin (Edwin A. Strugala, of counsel) for appellant; Rittenberg, Schulz, DeJohn & Mayer, for appellee. Opinion by JUSTICE KILEY. **Not to be published in full.**